IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STONEBRIDGE LIFE
INSURANCE COMPANY,

    *Plaintiff*

v.

LAVERA E. ROBERTSON, *et al.*

    *Defendants*

Civil Action No.: RDB-14-2199

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM ORDER

Stonebridge Life Insurance Company ("Stonebridge") initiated this action on July 8, 2014 by filing a Complaint in the Nature of Interpleader. (ECF No. 1.) Stonebridge sought to deposit insurance proceeds related to the death of Mr. Thomas Willis into the Registry of this Court "to permit resolution of the competing claims to those proceeds and to shield [Stonebridge] from the risk of potential multiple liability to any of the Defendants in Interpleader." (*Id.* at ¶ 41.) Stonebridge identified Lavera E. Robertson, Cynthia Camelia Willis, Roslyn Holmes, Ronald Taylor II Funeral Home, LLC, and Select Funeral Funding, LLC as potential claimants to the proceeds. (*Id.* at ¶¶ 11-15.)

On September 17, 2014, this Court granted Stonebridge's Motion for Leave to Deposit Funds and Award Attorneys' Fees and Costs, Enjoin Defendants and Discharge Liability. (ECF No. 10.) This Court specifically ordered "that Lavera E. Robertson, Cynthia Camelia Willis, Roslyn Holmes, Ronald Taylor II Funeral Home, LLC and Select Funeral Funding, LLC . . . interplead and settle among themselves in this Court their rights to

1

insurance proceeds due under Stonebridge Life Group Insurance Policy Number 25283, Certificate of Insurance Number 82AK195375." (*Id.* at 2.)

On November 27, 2017, Cynthia Willis submitted a *pro se* letter requesting that this Court release the insurance proceeds to her. (ECF Nos. 20-21.) In support of her request, she has attached an Order from the Superior Court of the District of Columbia Probate Division naming Ms. Willis as the Personal Representative of the Small Estate of Thomas Willis. (ECF No. 20-1.) At this time, no other parties have sought to recover the proceeds of the insurance proceeds now held in the Registry of this Court.

In order to properly settle any competing claims to the insurance proceeds, this Court will ensure that the necessary parties are represented by counsel in this action. Artificial entities, such as corporations and limited liability companies, cannot proceed *pro se* in this Court. *See Rowland v. Cal. Men's Colony*, 506 U.S. 194, 202 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel" and "that rule applies equally to all artificial entities."). Because Ronald Taylor II Funeral Home, LLC and Select Funeral Funding, LLC are artificial entities, they may not pursue this action unless and until they retain representation by a member of the Bar of this Court. The parties who are natural persons – namely, Lavera E. Robertson, Cynthia Camelia Willis, and Roslyn Holmes – will, if necessary, have counsel appointed to represent them.

Accordingly, it is this 14th day of May, 2018 HEREBY ORDERED that:

1. Within **30 days** of the date of this Order, **Lavera E. Robertson, Cynthia Camelia Willis,** and **Roslyn Holmes** must either (a) have counsel enter an

appearance on their behalf or (b) provide information as to why they are unable to do so. Any party who elects to provide information on their inability to secure counsel must also complete this Court's long form Application to Proceed in District Court Without Prepaying Fees or Costs (Form AO 239), a copy of which is to be provided by the Clerk of this Court.

2. Within **45 days** of this Order, **Ronald Taylor II Funeral Home, LLC** and **Select Funeral Funding, LLC** are FOREWARNED that if counsel fails to enter an appearance these entities may be dismissed without prejudice from this action; and

3. The Clerk SHALL PROVIDE (i) a copy of this Order to all parties and (ii) a copy of this Court's long form Application to Proceed in District Court Without Prepaying Fees or Costs (Form AO 239) to Lavera E. Robertson, Cynthia Camelia Willis, and Roslyn Holmes.

MAY 14, 2018

_____
Richard D. Bennett
United States District Judge