IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STONEBRIDGE LIFE
INSURANCE COMPANY

*Plaintiff,*

v.          Civil Action No. RDB-14-2199

LAVERA ROBERTSON, *et al.*,

*Defendants.*

## **MEMORANDUM ORDER & JUDGMENT**

For the reasons stated on the record at the evidentiary hearing held on Tuesday, July 2, 2019, this Court shall GRANT Cynthia Camilla Willis's unopposed Motion for Summary Judgment (ECF No. 36). In sum, in this interpleader action, Cynthia Camilla Willis ("Ms. Willis") was the only defendant interpleader to submit a request for policy proceeds; Lavera Robertson was unable to provide adequate proof of a common-law marriage other than cohabitation; Ms. Willis and her brother Justin Willis are the only living grandchildren of the insured, Thomas Willis; and Ms. Willis and Justin Willis reached a settlement with the assistance of this Court to share equally the proceeds.

Accordingly, it is this 8th day of July 2019, ORDERED and ADJUDGED, that:

1. Cynthia Camilla Willis's Motion for Summary Judgment (ECF No. 36) is GRANTED;

2. Judgment BE, and hereby IS, entered in favor of Cynthia Camilla Willis and Justin Willis;

3. No later than August 8, 2019, F. Kirk Kolodner, Esquire, of the firm Gordon Feinblatt LLC, shall file the Request for Reimbursement of

Expenses in accordance with his appointment to represent Cynthia Camilla Willis;

4. The Clerk of the Court shall pay half of the money held by the Clerk to Cynthia Camilla Willis and half to Justin Willis, after deducting any unpaid court costs and the appointed counsel's approved Reimbursement of Expenses;

5. This Order shall be deemed to be a final Judgment within the meaning of Fed. R. Civ. P. 58;

6. The Clerk of the Court transmit copies of this Order to the parties; and

7. The Clerk of Court CLOSE this case.

*[signature]*
Richard D. Bennett
United States District Judge